**FILED**

MAY 2 6 2016

Clerk, U.S. District Court
District Of Montana
Billings



## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CR 16-29-BLG-SPW-2** |
| **Plaintiff,** | |
| **vs.** | **ORDER DISMISSING WITHOUT PREJUDICE** |
| **ASHLEY SHANTELL REYNA,** | |
| **Defendant.** | |

Upon the United States' Unopposed Motion to Dismiss Indictment Without Prejudice (Doc. 28) under Federal Rule of Criminal Procedure 48(a), and good cause being shown,

IT IS HEREBY ORDERED that the Indictment in this case is **DISMISSED** without prejudice.

IT IS FURTHER ORDERED that the trial set for June 13, 2016 is **VACATED**.

DATED this *26th* day of May, 2016.

SUSAN P. WATTERS
United States District Judge